FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON GIBBONS and MARTHA GIBBONS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>MAPFRE INSURANCE COMPANY, a foreign insurance corporation, and AMERICAN COMMERCE INSURANCE COMPANY, a foreign insurance corporation,<br><br>Defendants. | NO: 1:21-CV-3042-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is a Notice of Settlement, ECF No. 9.  Having reviewed the Notice and the record, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. The Notice of Settlement, **ECF No. 9**, is **APPROVED**.

2. Plaintiffs' Complaint is dismissed **without prejudice** and without fees or costs to any party, pursuant to Fed. R. Civ. Pro. 41(a)(1)(B).

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** August 20, 2021.

                                        *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                       United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2